AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Timothy Moon

JUDGMENT IN A CIVIL CASE

v.

McCloskey, et al

CASE NUMBER: CV-07-5037-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Second Amended Complaint is DISMISSED with prejudice as to a federal cause of action under 42 U.S. C. § 1983, but without prejudice to pursuing a state tort action should the Plaintiff elect to initiate such an action.

| | |
|---|---|
| 02/13/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |